# CLERK'S COURTROOM MINUTE SHEET – CRIMINAL

## SENTENCING

**UNITED STATES OF AMERICA,**

      Plaintiff,

v.                                   Case No. 19-40044-01-DDC

**JACOB GRAGG (01),**

      Defendant.

**Attys for Govt: Skipper S. Jacobs**
**Atty for Deft: James C. Heathman**

| JUDGE: | Daniel D. Crabtree | DATE: | 8/3/2020 |
|---|---|---|---|
| CLERK: | Megan Garrett | TAPE/REPORTER: | Kim Greiner |
| INTERPRETER: | | PRETRIAL/PROBATION: | Cassidi Lundell |

☒ For Details of Sentence See Judgment and Commitment Order

☐ Restitution Ordered under 18:3663     $ _____ on count(s)
                                                   $ _____ on count(s)

☐ **Total Restitution:**     $ _____

☐ Defendant Fined     $ _____ on count(s)
                           $ _____ on count(s)

☐ **Total Fine:**     $ _____

☒ Defendant Assessed under 18:3013     $ 100.00 on count 1 of Superseding Indictment
                                        $ _____ on count(s)
                                        $ _____ on count(s)

☒ **Total Assessment:**     **$ 100.00**

☒ Indictment and Counts 2, 3 and 4 of Super Indictment dismissed by the court on the motion of the United States.
☒ Government ☒ Defendant - Advised of right to appeal
☐ Defendant to voluntarily surrender
☒ Defendant remanded to custody.
☐ Stay of Execution ☐ Granted ☐ Denied
☒ Notes: The court conducts this hearing by Zoom Video Conference upon the defendant's consent. Government's Motion – GRANTED as set forth in full on the record. The defendant is sentenced to the custody of the Bureau of Prisons for a term of 40 months to be followed by 2 years of supervised release. The court recommends the defendant be designated to the facility at El Reno, Oklahoma on the defendant's request.